FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 19 2026
KP
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:26-cr-00194 |
| | ) | JUDGE |
| [1] COURTNEY ALEXIS SKINNER | ) | |
| a/k/a "Shorty G" | ) | |
| [2] CORY EMANUEL WILSON | ) | |
| a/k/a "Animal" | ) | |

**MOTION TO SEAL INDICTMENT**

COMES NOW the United States of America, by and through Braden H. Boucek, United States Attorney, and the undersigned Assistant United States Attorney, Rachel M. Stephens and moves the court to seal the Indictment, attendant Arrest Warrant, and other materials related to the Indictment until such time as all Defendants served with the Arrest Warrants and brought into custody.

For cause, the United States submits, this sealing will help to ensure the safety of the law enforcement officers who are serving the warrant on the defendants and will lower the risk of the destruction of other potential evidence in this matter between the time of the issuance of the warrant and the time of its service on all Defendants.

A proposed sealing order accompanies this motion.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By: */s/ Rachel M. Stephens*
RACHEL M. STEPHENS
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203