FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 19 2026
KP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:26-cr-00194 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(e) |
| [1] COURTNEY ALEXIS SKINNER | ) | 18 U.S.C. § 924(c)(1)(A) |
| a/k/a "Shorty G" | ) | 21 U.S.C. § 841(a)(1) |
| [2] CORY EMANUEL WILSON | ) | 21 U.S.C. § 841(b)(1)(A) |
| a/k/a "Animal" | ) | 21 U.S.C. § 841(b)(1)(B) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about July 23, 2026, in the Middle District of Tennessee, the defendants, **[1] COURTNEY ALEXIS SKINNER, a/k/a "Shorty G,"** and **[2] CORY EMANUEL WILSON, a/k/a "Animal,"** aided and abetted by one another, distributed and possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, and 50 grams or more of methamphetamine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about July 31, 2026, in the Middle District of Tennessee, the defendants, **[1] COURTNEY ALEXIS SKINNER, a/k/a "Shorty G,"** and **[2] CORY EMANUEL WILSON,**

**a/k/a "Animal,"** aided and abetted by one another, distributed and possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, and 50 grams or more of methamphetamine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about July 31, 2026, in the Middle District of Tennessee, the defendants, **COURTNEY ALEXIS SKINNER, a/k/a "Shorty G,"** and **[2] CORY EMANUEL WILSON, a/k/a "Animal,"** aided and abetted by one another, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution and Possession with Intent to Distribute Controlled Substances, as charged in Count Two of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about July 31, 2026, in the Middle District of Tennessee, the defendant, **[1] COURTNEY ALEXIS SKINNER, a/k/a "Shorty G,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Sturm, Ruger, and CO., Inc. model LCP caliber .380 Auto pistol.

Before **COURTNEY ALEXIS SKINNER, a/k/a "Shorty G"** committed the offense charged in this count, **COURTNEY ALEXIS SKINNER, a/k/a "Shorty G"** had at least three previous convictions for offenses committed on occasions different from one another.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about July 31, 2026, in the Middle District of Tennessee, the defendant, **[2] CORY EMANUEL WILSON, a/k/a "Animal"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Sturm, Ruger, and CO., Inc. model LCP caliber .380 Auto pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

[redacted]

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY