# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.

COURTNEY ALEXIS SKINNER a/k/a/ "Shorty G"
*Defendant*

Case No. 3:26-00194 Judge Richardson

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* COURTNEY ALEXIS SKINNER a/k/a/ "Shorty G" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution and Possession with Intent to Distribute 40 Grams or More of Fentanyl and 50 Grams or More of Methamphetamine in violation of 21 United States Code, Sections 841(a), (b)(1)(A) and (b)(1)(B); Use and Carry of a firearm During a Drug Trafficking crime in violation of 18 United States Code, Section 924(c)(1)(A); Possession of a Firearm by a Convicted Felon in violation of 18 United States Code, Sections 922(g)(1) and 924.

Date: 08/19/2026

Dalaina Thompson
*Issuing officer's signature*

City and state: NASHVILLE, TN

Dalaina Thompson, Case Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

__________
*Arresting officer's signature*

__________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______

Print Save As... Reset